# Patterson Belknap Webb & Tyler LLP

1133 Avenue of the Americas    New York, NY 10036-6710    212.336.2000    fax 212.336.2222    www.pbwt.com

May 18, 2018

Peter W. Tomlinson
Partner
(212) 336-2977
pwtomlinson@pbwt.com

By ECF and by Hand

Hon. William H. Pauley III
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: *Ambac Assurance Corporation v. U.S. Bank National Association*, No. 17-cv-2614 (WHP)

Dear Judge Pauley:

We represent Plaintiff Ambac Assurance Corporation ("Ambac") and write to update the Court on Non-Party Nationstar Mortgage LLC's ("Nationstar") response to Ambac's subpoena, served on November 2, 2017, and Ambac's Rule 45 Motion for Contempt and to Compel Production, filed on March 23, 2018 (ECF No. 63).

As agreed in Ambac and Nationstar's joint letter to the Court dated April 18, 2018 (ECF No. 68), Nationstar made a substantial production to Ambac of loan files and servicing records by May 4, 2018. Ambac continues to review the production, and anticipates asking Nationstar to perform follow-up searches for some loans that appear to have been encompassed by the subpoena but left out of the production. Nevertheless, we recognize that the production represents a significant and good-faith effort on Nationstar's part to comply with Ambac's subpoena, and Ambac therefore agrees to withdraw the Motion for Contempt and to Compel without prejudice to refiling should court intervention again appear necessary.

Respectfully submitted,

/s/ Peter W. Tomlinson

Peter W. Tomlinson

cc:    All counsel of record (by ECF)