UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------
AMBAC ASSURANCE CORPORATION,

               Plaintiff,

        -against-

U.S. BANK NATIONAL ASSOCIATION,

               Defendant.
---------------------------------------------------------------

17cv2614

ORDER

WILLIAM H. PAULEY III, Senior United States District Judge:

      Non-party Bank of New York Melon Corporation shall submit a letter to this Court no later than November 16, 2020, explaining the need for the requested redactions described in Ambac's letter motion to seal. (ECF No. 155.)

Dated: November 12, 2020
      New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.