UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------

AMBAC ASSURANCE CORPORATION,

          Plaintiff,

    -against-

U.S. BANK NATIONAL ASSOCIATION,

          Defendant.

------------------------------------------------------------

17cv2614

ORDER

WILLIAM H. PAULEY III, Senior United States District Judge:

        Non-party Bank of America shall submit a letter to this Court no later than November 19, 2020, explaining the need for the requested redactions described in Plaintiff Ambac Assurance Corporation's letter motion to seal.  (ECF No. 155.)  Defendant U.S. Bank National Association shall serve Bank of America with a copy of this Order forthwith and note service on the docket.

Dated: November 16, 2020
       New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.