UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------
AMBAC ASSURANCE CORPORATION,  :
:
            Plaintiff,  :
:   17cv2614
      -against-  :
:   ORDER
U.S. BANK NATIONAL ASSOCIATION,  :
:
            Defendant.  :
---------------------------------------------------------------

WILLIAM H. PAULEY III, Senior United States District Judge:

       This Court has reviewed Plaintiff Ambac Assurance Corporation's ("Ambac") letter motion to seal, (ECF No. 155), as well as the letter submission from non-party Bank of America, N.A., (ECF No. 165). This Court concludes that Ambac's proposed redactions to its Memorandum of Law in Support of its Rule 45 Motion to Compel, (ECF No. 155-1), the Declaration of Henry J. Ricardo (ECF No. 155-2), and Exhibit 20 thereto, are no longer warranted. Accordingly, Ambac's letter motion to seal is denied. Ambac shall publicly file unredacted versions of its Memorandum of Law, the Ricardo Declaration, and all appended exhibits forthwith.

Dated: November 20, 2020
       New York, New York

                                  SO ORDERED:

                                  WILLIAM H. PAULEY III
                                  U.S.D.J.