**MEMO ENDORSED**

January 13, 2021

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED: **01/29/2021**

BY ECF

Hon. Katharine H. Parker
United States District Court
Southern District of New York
500 Pearl Street, Room 750
New York, NY 10007

> **In light of the parties' status letter and representations, Plaintiff's motion to compel at ECF No. 154 is moot. The Clerk of Court is kindly directed to terminate the gavel at ECF No. 154.**
>
> SO ORDERED:
>
> /s/ Katharine H. Parker
> HON. KATHARINE H. PARKER
> UNITED STATES MAGISTRATE JUDGE
> 01/29/2021

Re:   Ambac Assurance Corporation v. U.S. Bank National Association, No. 17-cv-2614 (S.D.N.Y.)

Dear Judge Parker:

We are counsel for Ambac Assurance Corporation ("Ambac") and Non-Party The Bank of New York Mellon ("BNYM"). We write jointly to provide the Court with a further status report regarding meet and confer efforts between Ambac and BNYM related to Ambac's Motion to Compel (Dkt. 154), pursuant to the Court's December 15, 2020, December 23, 2020, and January 7, 2021 Orders (Dkts. 181, 186, 188).

On January 6, 2021, BNYM produced reports to Ambac that BNYM believes reflect all of the data in its possession that is responsive to the requests that are the subject of Ambac's Motion to Compel. Based on its review thus far, Ambac has not identified any reason to question BNYM's belief. Accordingly, there is no relief Ambac seeks from the Court at this time and, based on the parties' present understanding of the data, we consider the motion resolved.

We thank the Court for giving its attention to resolving this dispute.

Respectfully submitted,

/s/ Henry J. Ricardo
Peter W. Tomlinson
Henry J. Ricardo
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036-6710
(212) 336-2000

*Attorneys for Plaintiff Ambac Assurance Corporation*

/s/ Jarman D. Russell
Christopher J. Houpt
Jarman D. Russell
MAYER BROWN LLP
1221 Avenue of the Americas
New York, NY 10020
(212) 506-2500

*Attorneys for Non-Party The Bank of New York Mellon*