UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AMBAC ASSURANCE CORPORATION,

                                    Plaintiffs,

-v-

US BANK NATIONAL ASSOCIATION

                                    Defendant.

17 Civ. 2614 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

The Court has scheduled a telephonic conference today to discuss the parties' proposed summary judgment motions. Dkt. 214. Due to a conflict, the conference will begin at 2:30 p.m., rather than 2:00 p.m.

SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: September 15, 2021
       New York, New York

1