```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/20/2021
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
AMBAC ASSURANCE CORPORATION,

                Plaintiff,

-against-

U.S. BANK NATIONAL ASSOCIATION,

                Defendant.
-----------------------------------------------------------------X

17-CV-2614 (WHP) (KHP)

**ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE**

**KATHARINE H. PARKER, United States Magistrate Judge:**

The Case Management Conference scheduled for Tuesday, September 21, 2021 at 11:00 a.m. is hereby rescheduled to **Wednesday, October 20, 2021 at 3:00 p.m.**  Counsel for the parties are directed to call Judge Parker's court conference line at the scheduled time.  **Please dial (866) 434-5269, Access code: 4858267**.

    SO ORDERED.

DATED:    New York, New York
               September 20, 2021

*Katharine H Parker*
_____
KATHARINE H. PARKER
United States Magistrate Judge