UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AMBAC ASSURANCE CORPORATION,

                              Plaintiff,

           -v-

US BANK NATIONAL ASSOCIATION,

                              Defendant.

17 Civ. 2614 (PAE) (KHP)

<u>ORDER</u>

---

PAUL A. ENGELMAYER, District Judge:

       The Court has received the parties' letters regarding Ambac's proposed use of statistical sampling in connection with its Phase 2 expert discovery. *See* Dkts. 257, 258. To enable the Court to make an informed judgment on this complex issue, the Court will hold a conference on **February 17, 2022 at 10 a.m.** in Courtroom 1305 at the Thurgood Marshall U.S. Courthouse, 40 Centre Street, New York, New York 10007. Participants are directed to review the District's COVID-19 protocols for courthouse entry, which are available online at https://www.nysd.uscourts.gov/covid-19-coronavirus, to ensure that they will be able to gain access to the courthouse.

       SO ORDERED.

                                                        *Paul A. Engelmayer*
                                                        PAUL A. ENGELMAYER
                                                        United States District Judge

Dated: February 7, 2022
       New York, New York