UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AMBAC ASSURANCE CORPORATION,

                              Plaintiff,

-v-

U.S. BANK NATIONAL ASSOCIATION,

                              Defendant.

17 Civ. 2614 (PAE) (KHP)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

       On August 17, 2022, the Court heard argument on the parties' cross motions for partial summary judgment. A subject that arose at argument concerned whether the "Determination Date" identified in Section 2.03 of the Pooling and Servicing Agreement ("PSA") has a bearing on defendant's motion for partial summary judgment, based on the statute of limitations.[1] Defendants' argument in the affirmative did not appear in its briefs, but appears colorable. To ensure a thorough assessment, the Court instructs counsel to file supplemental letter briefing limited to that discrete issue.

       Plaintiff shall file its supplemental letter, no longer than 5 single-spaced pages, by Tuesday, **August 23, 2022 at 5pm**. Defense shall file its response letter, no longer than 5 single-spaced pages, by Friday, **August 26, 2022**, at 5pm. Plaintiff may file a reply letter, no longer than 3 single-spaced pages, by Monday, **August 29, 2022**, at 5pm.

---

[1] An example of one such PSA, for the HarborView Mortgage Loan Trust 2005-8, can be found in Exhibit 6 to the Declaration of Michael T. Marcucci in support of U.S. Bank National Association's Motion for Partial Summary Judgment. *See* Dkt. 244-6.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: August 18, 2022
       New York, New York