UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AMBAC ASSURANCE CORPORATION,

                            Plaintiff,

          -v-

U.S. BANK NATIONAL ASSOCIATION,

                            Defendant.

17 Civ. 2614 (PAE) (KHP)

ORDER

PAUL A. ENGELMAYER, District Judge:

The Court has received a *pro se* motion to intervene in this case from a Barbara Stevens. Dkt. 302. The Court does not invite responses from the parties at this time but will commission such responses after the Court's decision on the pending summary judgment motions issues.

SO ORDERED.

                                                      *Paul A. Engelmayer*
                                                      PAUL A. ENGELMAYER
                                                      United States District Judge

Dated: September 21, 2022
         New York, New York