UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AMBAC ASSURANCE CORPORATION,

                                   Plaintiff,

-v-

U.S. BANK NATIONAL ASSOCIATION,

                                   Defendant.

17 Civ. 2614 (PAE) (KHP)

ORDER

PAUL A. ENGELMAYER, District Judge:

The Court has received a *pro se* motion to intervene in this case from a Barbara Stephens. Dkt. 302. On September 21, 2022, the Court stated that it would commission responses from the parties after issuing a decision on the pending summary judgment motions. Dkt. 303. Having decided the summary judgment motions, *see* Dkt. 304, the Court directs the parties to respond to the motion to intervene by Thursday, October 20, 2022. The Court does not invite a reply at this time.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: October 6, 2022
       New York, New York