UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AMBAC ASSURANCE CORPORATION,

                          Plaintiff,

-v-

U.S. BANK NATIONAL ASSOCIATION,

                          Defendant.

17 Civ. 2614 (PAE) (KHP)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

The Court received a *pro se* motion to intervene in this case from a Barbara Stephens. Dkt. 302. On October 6, 2022, the Court directed the parties to respond to the motion by October 20, 2022. Dkt. 305. On October 20, 2022, plaintiff Ambac Assurance Corporation ("Ambac") filed its opposition to the motion to intervene. *See* Dkts. 308, 309, 310.

The Court directs Barbara Stephens to file a reply to Ambac's opposition or file a letter declining the option to reply by November 4, 2022. The Court will thereafter resolve the motion.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: October 21, 2022
       New York, New York