UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AMBAC ASSURANCE CORPORATION,

                              Plaintiff,

      -v-

U.S. BANK NATIONAL ASSOCIATION,

                              Defendant.

17 Civ. 2614 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

    As only non-party respondent The Bank of New York Mellon remains in this case following the stipulation of voluntary dismissal endorsed on November 13, 2023, Dkt. 350, the Clerk of Court is respectfully directed to close this case.

    SO ORDERED.

                                                  *Paul A. Engelmayer*
                                                  PAUL A. ENGELMAYER
                                                  United States District Judge

Dated: March 28, 2024
       New York, New York